IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: Valerie Hayden, | CHAPTER 13 |
| Debtor(s). | CASE NO. 15-31434 |

OBJECTION TO CONFIRMATION

COMES NOW Storage of Eclectic, LLC., by and through counsel, and objects to the Confirmation of the Debtor's Plan for the following reasons:

1. The Debtor is purchasing a storage building on a rent to own basis, whereby there is a executory lease which needs to be assumed if she is going to continue purchasing the storage building. The storage building belongs to Storage of Eclectic until such time as the Debtor pays the debt in full. The payments are $132.08 per month. Further, the Creditor will point out to the Court, the Trustee, and all parties, that the last payment made by the Debtor on the account was in the amount of $132.08 which was paid on March 31, 2015. The Debtor needs to resume making direct payments to the Creditor, if she wants to assume the lease.

2. If the Debtor plans to pay the entire contract debt through the Plan, the entire balance owed as of today's date is the sum of $4177.76, which balance is substantially greater than the amount of the debt listed by Debtor in the schedules (which amount was listed at $1200.00). Therefore, the Creditor assumes that the Plan is not feasible with the recently filed secured claim by Storage of Eclectic (which claim will be filed today).

3. Alternatively, the Debtor can surrender the storage building and the arrearage will be filed as an unsecured claim.

WHEREFORE, the Creditor objects to confirmation of the Debtor's Plan for the above reasons, as well as any other reason that could be brought out at an Evidentiary Hearing.

/s/ Richard C. Dean, Jr.
Attorney for Storage of Eclectic, LLC.

OF COUNSEL
P.O. Box 1028
Montgomery, AL 36101-1028
334-264-2896
CNW

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case.

| Valerie Hayden | Joshua C. Milam, Esq. | Mr. Curtis C. Reding, Trustee |
|---|---|---|
| 264 Violet Street | 566 S. Perry Street | P.O. Box 173 |
| Shorter, AL 36075 | Montgomery, AL 36104 | Montgomery, AL 36101 |

        /s/ Richard C. Dean, Jr.
      OF COUNSEL