IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: Valerie Hayden, Debtor(s). | CHAPTER 13 CASE NO. 15-31434 |

## SUPPLEMENTAL OBJECTION TO CONFIRMATION

COMES NOW Storage of Eclectic, LLC., by and through counsel, and supplements the previous Objection to Confirmation of the Debtor's Plan (Doc # 30) by asserting the following:

1. The Creditor previously objected to Confirmation of the Debtor's Plan (Doc #30), based on the fact the Debtor had not treated the claim of the Creditor properly, because the Creditor's claim involved a lease and the Debtor needed to assume or reject the lease. The Debtor then amended the Plan (Doc #31) to assume the lease. Presumably, the Debtor is proposing to make all post-petition payments, in accordance with the terms of the lease, as the Plan does not provide for payment of any arrearage.

2. The Debtor filed the case on May 29, 2015. Payments under the lease are $132.08 per month, due on the 1st of the month, and late if not received by the 10th of the month. Therefore, the Debtor should have made five post-petition rent payments since the date of filing, but has made no payments. Further, there are no arrearage payments provided for in the Plan. Therefore, the Debtor is not complying with the terms of the current Plan.

WHEREFORE, the Creditor objects to confirmation of the Debtor's Plan or amended Plan for the above reasons, as well as any other reason which may be brought out at an evidentiary hearing.

/s/ Richard C. Dean, Jr.
Attorney for Storage of Eclectic, LLC.

OF COUNSEL
P.O. Box 1028
Montgomery, AL 36101-1028
334-264-2896
PJH

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed

in the above case.

| | | |
|---|---|---|
| Valerie Hayden | Joshua C. Milam, Esq. | Mr. Curtis C. Reding, Trustee |
| 264 Violet Street | 566 S. Perry Street | P.O. Box 173 |
| Shorter, AL 36075 | Montgomery, AL 36104 | Montgomery, AL 36101 |

        /s/ Richard C. Dean, Jr.
OF COUNSEL